**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| ADOLPHE JUDSON EDWARDS, | * | Case No.: 23-00283-ELG |
| Debtor. | * | Chapter 11 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned counsel enters his appearance in this case on behalf of Washington Gas Light Company. The request is made that the documents filed in this case and identified below be served on the undersigned counsel through the ECF notification system or via U.S. mail to Nagle & Zaller, P.C., 7226 Lee DeForest Drive, Suite 102, Columbia, Maryland 21046.

Respectfully submitted,

*/s/ John E. Tsikerdanos*
John E. Tsikerdanos, Bar No. 426201
Nagle & Zaller, P.C.
7226 Lee DeForest Drive, Suite 102
Columbia, Maryland 21046
P: 410-740-8100
F: 410-740-3183
E-Mail: john@naglezaller.com
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of December, 2023, I served a copy of this pleading via the ECF system, on:

Justin P. Fasano, Esquire
Janet M. Nesse, Esquire
McNamee Hossa, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
Jfasano@mhlawyers.com
jnesse@mhlawyers.com

Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov

Marc E. Albert, Chapter 11 Trustee
Stinson LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006

*/s/ John E. Tsikerdanos*
John E. Tsikerdanos, Bar No. 426201